ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:14-CR-314-D |
| v. | **(SUPERSEDES INDICTMENT RETURNED AUGUST 19, 2014)** |
| HONG MINH TRUONG | |

<u>SUPERSEDING INDICTMENT</u>

The Grand Jury Charges:

**Introduction**

At all times material to this Indictment:

1. **Hong Minh Truong** resides at xxxx Rosebud Drive, Rowlett, Texas.

2. Since December 2008, more than 400 letters have been mailed form the North Texas area to cities across the United States and to United States Embassies abroad (Hoax Letters). The initial letters were sent out on December 4, 2008, were postmarked "Dallas, Texas," and contained a white-powder substance.

3. Overall, more than fifteen batches of Hoax Letters have been sent out from the Dallas-area from 2008 to the present. In all but two of the batches of letters, a white-powder substance was included in the envelope. Anthrax is a lethal disease caused by the bacteria Bacillus Anthracis. Bacillus Anthracis spores often appear as a white powder, and inhalation or ingestion of the spores can cause a deadly infection. In the past, FBI has investigated cases wherein bacillus anthracis was delivered to victims via items in the mail. These were commonly known as "White Powder Letters" (WPLs). Those cases have been widely reported in the press and announced to the public via media outlets throughout the United States. For example, in the

AMERITHRAX case in September 2001, seven (7) WPLs were mailed in a three-week period. Twenty-two people were infected, and five (5) died.

4. In addition to the recipients of these letters, many others are victimized. In a typical Hoax Letter incident, it is not only the recipient of the Hoax Letter who is threatened, but anyone who has come into contact with, or been near, the powder. For example, in a Hoax Letter received at a business or government office, the person who opens the envelope is exposed to the powder and is victimized. Additionally, anyone in the office is potentially exposed, as well as anyone in the building who may be sharing the same ventilation system. After an emergency law enforcement and hazardous materials (HAZMAT) response, the powder is packaged and sent to a certified laboratory for testing. Test results from initial DNA analysis of the suspected anthrax take approximately 12 to 24 hours to process after the lab receives the powder. Final lab results from culture samples are not available until approximately 120 hours after receipt. Thus, those persons exposed to the letter and powder in the room, or in the building, do not know, and cannot know, for many hours whether they have been infected with a deadly substance. Many such victims express concern over returning home for fear of infecting their families. They are often told by HAZMAT teams to shower, discard the clothes they were wearing when opening the letter, avoid going home, and to wait for test results from the testing facility. This causes severe psychological stress to the victims of these WPLs, even if they are later determined to be hoaxes.

5. Substantial governmental resources were expended in the response and investigation of the more than 400 Hoax Letters. Although each response was unique, every response involved multiple agencies dispatching personnel and equipment.

6. On May 7, 2012, the Hoax Letters from the Dallas, Texas-area contained a white-powder substance and the following statement:

> Al Qaeda back! Special thing for you
>
> What the hell where are you, Scooby Doo, Counter Intelligence, CIA, you
>
> Do not know how to catch the triple dealer spy in your law enforcement.
>
> What the hell where are you, Scooby Doo, Internal Affairs, FBI, you don't know how to arrest the bad cop in your law enforcement.
>
> You all flaming idiot, ignorant and arrogant, know nothing! How to protect this country! U.S.A
>
> We are Al Qaeda, U.B.L FBI, Al Qaeda, SS Nazi FBI, working in your agency. We claim everything.

These letters were sent to pre-schools and elementary schools across the country, as well as to Lockheed Martin in Grand Prairie, Texas. HAZMAT responded to the locations of multiple Hoax Letter recipients. The HAZMAT responses were to determine whether any biological agent, toxin or weapon was included in the Hoax Letters.

## Count One
## False Information and Hoaxes
## (Violation of 18 U.S.C. § 1038(a)(1))

7. The Grand Jury realleges and incorporates by reference paragraphs 1 through 6 of the Introduction section of this Indictment as though fully set forth herein.

8. On or about May 7, 2012, in the Northern District of Texas, and elsewhere, **Hong Minh Truong** did intentionally conveyed false and misleading information, that is white powder, to Mi Escuelita Preschool Crossover, in Dallas, Texas, under circumstances where such information may reasonably have been believed, that indicated that an activity was taking place, that is transferring anthrax, a biological agent or toxin, that would constitute a violation of 18 U.S.C. § 175.

In violation of 18 U.S.C. § 1038(a)(1).

Count Two
False Information and Hoaxes
(Violation of 18 U.S.C. § 1038(a)(1))

9. The Grand Jury realleges and incorporates by reference paragraphs 1 through 6 of the Introduction section of this Indictment as though fully set forth herein.

10. On or about August 4, 2010, in the Northern District of Texas, and elsewhere, **Hong Minh Truong** did intentionally conveyed false and misleading information, that is white powder, to Lockheed Martin Aeronautics, in Ft. Worth, Texas, under circumstances where such information may reasonably have been believed, that indicated that an activity was taking place, that is transferring anthrax, a biological agent or toxin, that would constitute a violation of 18 U.S.C. § 175.

In violation of 18 U.S.C. § 1038(a)(1).

<u>Count Three</u>
False Information and Hoaxes
(Violation of 18 U.S.C. § 1038(a)(1))

11.     The Grand Jury realleges and incorporates by reference paragraphs 1 through 6 of the Introduction section of this Indictment as though fully set forth herein.

12.     On or about March 3, 2012, in the Northern District of Texas, and elsewhere, **Hong Minh Truong** did intentionally conveyed false and misleading information, that is white powder, to the Empire State Building, New York City, New York, under circumstances where such information may reasonably have been believed, that indicated that an activity was taking place, that is transferring anthrax, a biological agent or toxin, that would constitute a violation of 18 U.S.C. § 175.

In violation of 18 U.S.C. § 1038(a)(1).

6

## Count Four
## False Information and Hoaxes
## (Violation of 18 U.S.C. § 1038(a)(1))

13. The Grand Jury realleges and incorporates by reference paragraphs 1 through 6 of the Introduction section of this Indictment as though fully set forth herein.

14. On or about June 3, 2013, in the Northern District of Texas, and elsewhere, **Hong Minh Truong** did intentionally conveyed false and misleading information, a letter stating "[t]hey will be sent something to kill people in America . . . 1-Poisonous letter or package . . . 4-Biology letter in H1N1, H5N1, and Anthrax . . . ." to Fenway High School, Boston, Massachusetts, under circumstances where such information may reasonably have been believed, that indicated that an activity was taking place, that is transferring anthrax, a biological agent or toxin, that would constitute a violation of 18 U.S.C. § 175.

In violation of 18 U.S.C. § 1038(a)(1).

<u>Count Five</u>
False Information and Hoaxes
(Violation of 18 U.S.C. § 1038(a)(1))

15.     The Grand Jury realleges and incorporates by reference paragraphs 1 through 6 of the Introduction section of this Indictment as though fully set forth herein.

16.     On or about November 13, 2013, in the Northern District of Texas, and elsewhere, **Hong Minh Truong** did intentionally conveyed false and misleading information, a letter stating "[t]hey will be sent something to kill people in America . . . 1-Poisonous letter or package . . . 4- Biology letter in H1N1, H5N1, and Anthrax . . . ." to the Dallas Morning News, Plano, Texas, under circumstances where such information may reasonably have been believed, that indicated that an activity was taking place, that is transferring anthrax, a biological agent or toxin, that would constitute a violation of 18 U.S.C. § 175.

In violation of 18 U.S.C. § 1038(a)(1).

A TRUE BILL

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

ERRIN MARTIN
Assistant United States Attorney
Texas State Bar No. 24032572
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile:   214.659.8812
Email:       Errin.Martin@usdoj.gov

9

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

HONG MINH TRUONG

SUPERSEDING INDICTMENT

18 U.S.C. § 1038 (a)(1)
False Information and Hoaxes

(5 COUNTS)

A true bill rendered

DALLAS                                                                                          FOREPERSON

Filed in open court this __4TH__ day of November, 2014.

_____
                                                                                                        Clerk

**IN CUSTODY**

UNITED STATES DISTRICT/MAGISTRATE JUDGE
Criminal Matter 3:14-CR-314-D