ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2015 MAY 28 PM 2: 15
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

HONG MINH TRUONG

NO. 3:14-CR-314-D

**FACTUAL RESUME**

In support of the defendant's plea of guilty to the offense in Counts One through Five of the Superseding Indictment, charging a violation of 18 U.S.C. § 1038(a)(1), that is, False Information and Hoaxes, Hong Minh Truong, and his counsel, Sam Ogan, stipulate and agree to the following:

1. **Elements of the Offense:** In order to prove a violation of 18 U.S.C. § 1038(a)(1) as alleged in the Superseding Indictment, the government must prove each of the following elements beyond a reasonable doubt:

*First:* That the defendant intentionally conveyed false or misleading information under circumstances in which such information may reasonably have been believed; and

*Second:* Such information indicated that an activity had taken, was taking, or would take place that would constitute a violation of 18 U.S.C. § 175.

2. **Stipulated Facts:** The stipulated facts that support the defendant's plea of guilty to Counts One through Five of the Superseding Indictment are as follows:

Since December 2008, Hong Minh Truong mailed over 400 letters from the North Texas area to cities across the United States and to United States Embassies abroad (Hoax Letters). The initial letters were sent out on December 4, 2008, were postmarked "Dallas, Texas," and contained a white-powder substance. Overall, more than fifteen batches of Hoax Letters were sent out from the Dallas-area from 2008 to the present. In all but two of the batches of letters, a white-powder substance was included in the envelope. Antrax is a lethal disease caused by the bacteria Bacillus Anthracis. Bacillus Anthracis spores often appear as a white powder, and inhalation or ingestion of the spores can cause a deadly infection. In the past, FBI has investigated cases wherein bacillus anthracis was delivered to victims via items in the mail. These were commonly known as "White Powder Letters" (WPLs). Those cases have been widely reported in the press and announced to the public via media outlets throughout the United States. For example, in the AMERITHRAX case in September 2001, seven (7) WPLs were mailed in a three-week period. Twenty-two people were infected, and five (5) died.

The substance contained in the more than 400 letters in this case did not contain Anthrax; however, substantial governmental resources were expended in the response and investigation of the more than 400 Hoax Letters. Although each response was unique, every response involved multiple agencies dispatching personnel and equipment.

On or about May 7, 2012, in the Northern District of Texas, and elsewhere, Hong Minh Truong did intentionally conveyed false and misleading information, that is white powder, to Mi Escuelita Preschool Crossover, in Dallas, Texas, under circumstances where such information may reasonably have been believed, that indicated that an activity was taking place, that is transferring anthrax, a biological agent or toxin, that would constitute a violation of 18 U.S.C. § 175.

On or about August 4, 2010, in the Northern District of Texas, and elsewhere, Hong Minh Truong did intentionally conveyed false and misleading information, that is white powder, to Lockheed Martin Aeronautics, in Ft. Worth, Texas, under circumstances where such information may reasonably have been believed, that indicated that an activity was taking place, that is transferring anthrax, a biological agent or toxin, that would constitute a violation of 18 U.S.C. § 175.

On or about March 3, 2012, in the Northern District of Texas, and elsewhere, Hong Minh Truong did intentionally conveyed false and misleading information, that is white powder, to the Empire State Building, New York City, New York, under circumstances where such information may reasonably have been believed, that indicated that an activity was taking place, that is transferring anthrax, a biological agent or toxin, that would constitute a violation of 18 U.S.C. § 175.

On or about June 3, 2013, in the Northern District of Texas, and elsewhere, Hong Minh Truong did intentionally conveyed false and misleading information, a letter stating "[t]hey will be sent something to kill people in America . . . 1-Poisonous letter or package . . . 4- Biology letter in H1N1, H5N1, and Anthrax . . . ." to Fenway High School, Boston,

Massachusetts, under circumstances where such information may reasonably have been believed, that indicated that an activity was taking place, that is transferring anthrax, a biological agent or toxin, that would constitute a violation of 18 U.S.C. § 175.

On or about November 13, 2013, in the Northern District of Texas, and elsewhere, Hong Minh Truong did intentionally conveyed false and misleading information, a letter stating "[t]hey will be sent something to kill people in America . . . 1-Poisonous letter or package . . . 4- Biology letter in H1N1, H5N1, and Anthrax . . . ." to the Dallas Morning News, Plano, Texas, under circumstances where such information may reasonably have been believed, that indicated that an activity was taking place, that is transferring anthrax, a biological agent or toxin, that would constitute a violation of 18 U.S.C. § 175.

AGREED TO AND SIGNED this 28 day of May, 2015.

JOHN R. PARKER
UNITED STATES ATTORNEY

ERRIN MARTIN
Assistant United States Attorney
Texas State Bar No. 24032572
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.767.4104
Email: Errin.Martin@usdoj.gov

Defendant - HONG MINH TRUONG

SAM OGAN
Attorney for Defendant